**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:09cr86**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> **JOHN HAMILTON GRANT, JR.** ) <br> ) | **O R D E R** |

**THIS MATTER** came for trial and was heard by the undersigned judge, and a jury was duly empaneled and has answered the issues presented as follows:

1. As to the charge contained in Count One of the Bill of Indictment, do you the jury unanimously find the Defendant JOHN HAMILTON GRANT, JR.:

    ANSWER: GUILTY

2. As to the charge contained in Count Two of the Bill of Indictment, do you the jury unanimously find the Defendant JOHN HAMILTON GRANT, JR.:

    ANSWER: NOT GUILTY ONLY BY REASON OF INSANITY

3. As to the charge contained in Count Three of the Bill of Indictment, do you the jury unanimously find the Defendant JOHN HAMILTON GRANT, JR.:

_____   ANSWER: NOT GUILTY ONLY BY REASON OF INSANITY

4. As to the charge contained in Count Four of the Bill of Indictment, do you the jury unanimously find the Defendant JOHN HAMILTON GRANT, JR.:

_____   ANSWER: NOT GUILTY ONLY BY REASON OF INSANITY

5. As to the charge contained in Count Five of the Bill of Indictment, do you the jury unanimously find the Defendant JOHN HAMILTON GRANT, JR.:

_____   ANSWER: NOT GUILTY ONLY BY REASON OF INSANITY

6. As to the charge contained in Count Six of the Bill of Indictment, do you the jury unanimously find the Defendant JOHN HAMILTON GRANT, JR.:

_____ANSWER: NOT GUILTY

Based on the jury's verdict with respect to Counts Two through Five of the Bill of Indictment, **IT IS, THEREFORE, ORDERED** that the Defendant is hereby remanded from the custody of the United States Marshals Service and is hereby committed to the custody of the Attorney General for a reasonable period, not to exceed 45 days, for placement in a

suitable facility. 18 U.S.C. §§ 4243(a), 4247(b). The United States Marshals Service shall complete the transfer of custody and the Attorney General shall designate a suitable facility for the Defendant as expeditiously as possible.

**IT IS FURTHER ORDERED** that a psychiatric or psychological examination of the Defendant shall be conducted and a psychiatric or psychological report be filed with the Court for the purpose of determining whether the Defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another. 18 U.S.C. §§ 4243(b), 4247(c)(4)(C). The psychiatric or psychological report shall be completed as expeditiously as possible. The Government shall be prepared for a hearing on this matter on May 24, 2010, or as soon thereafter as the Court may schedule such hearing. If the Government requires additional time to complete the evaluation, an extension of time may be sought; however, the Government is advised that such an extension will not be granted absent a showing of good cause.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release [Doc. 17] previously entered by the Court on February 8, 2010 is

hereby **AMENDED** to include as an additional term of the Defendant's bond that the Defendant shall be required to cooperate fully with any psychiatric or psychological examination conducted during this period of commitment. Other than the detention of the Defendant as set forth in this Order, the Defendant shall continue to be subject to the same terms and conditions of release as previously ordered by this Court.

The Clerk of Court shall provide copies of this Order to counsel for the Government, counsel for the Defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: May 6, 2010

Martin Reidinger
United States District Judge